No. 76–5418. ZATKO *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 76–5421. SMITH *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 76–5422. ZATKO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 76–5429. GOOD *v.* COURT OF COMMON PLEAS. C. A. 3d Cir. Certiorari denied.

No. 76–5430. FORRESTER *v.* LEVINE, INDUSTRIAL COMMISSIONER OF NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 76–5431. STEVENSON ET AL. *v.* REED ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–5450. PETERS *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 76–5517. BURY *v.* FLORIDA DEPARTMENT OF COMMERCE ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 76–98. BARANOV ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

MR. JUSTICE BRENNAN, with whom MR. JUSTICE STEWART and MR. JUSTICE MARSHALL join, dissenting.

Petitioners were convicted of mailing obscene materials in violation of 18 U. S. C. § 1461. I adhere to the view that this statute is " 'clearly overbroad and unconstitutional on its face.' " See, *e. g., Millican* v. *United States,* 418 U. S. 947, 948 (1974) (BRENNAN, J., dissenting), quoting *United States*